
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 22 AM 8: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY BANKS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2854** |
| **FRANKLIN AMERICAN MORTGAGE CO., et al** | **SECTION "N" (3)** |

## O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendations [Rec. Doc. No. 69] and the plaintiff's failure to file any objections thereto, hereby approves the Magistrate Judge's Report and Recommendations and adopts it as the Court's opinion. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss filed on behalf of defendants, Franklin American Mortgage Company and Kim Hill, be and hereby is GRANTED and that all of the plaintiff's claims against the aforesaid defendants be DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6) and 28 U.S.C. § 1915 (e)(2)(B)(i-ii).

New Orleans, Louisiana, this 21st day of July, 2005.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____