FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 22 AM 8:47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY BANKS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2854** |
| **FRANKLIN AMERICAN MORTGAGE CO., et al** | **SECTION "N" (3)** |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendations [Rec. Doc. No. 70] and the plaintiff's failure to file any objections thereto, hereby approves the Magistrate Judge's Report and Recommendations and adopts it as the Court's opinion. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss filed on behalf of defendants, Kristi Little, MidFirst Bank and Mortgage Electronics Registration Systems, Inc. be and hereby is GRANTED and the plaintiff's claims against the aforesaid defendants are hereby DISMISSED without prejudice pursuant Fed. R. Civ. P. 12(b)(5).

New Orleans, Louisiana, this 21st day July, 2005

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___