
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY BANKS | CIVIL ACTION |
| VERSUS | NO. 04-2854 |
| FRANKLIN AMERICAN MORTGAGE CO., ET AL | SECTION "N" (3) |

### ORDER

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's claims as to the defendants, Midland Mortgage Co. and Allstate Insurance Company, are hereby DISMISSED without prejudice for failure to prosecute and serve the complaint in accordance with Rule 4(m).

New Orleans, Louisiana, this 12th day of October, 2005.

UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____