

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -9 AM 9: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY BANKS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2854** |
| **FRANKLIN AMERICAN MORTGAGE CO., et al** | **SECTION "N" (3)** |

## O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendations [Rec. Doc. No. 84] and the plaintiff's failure to file any objections thereto, hereby approves the Magistrate Judge's Report and Recommendations and adopts it as the Court's opinion. Accordingly,

**IT IS ORDERED** that the Rule 12(b)(6) motions filed on behalf of the United States Department of Housing and Urban Development [Rec. Doc. No. 57] and Rosalind G. Washington [Rec. Doc. No. 58] be GRANTED, dismissing all of the plaintiff's claims against the aforesaid defendants WITH PREJUDICE.

**IT IS FURTHER ORDERED** that all of the plaintiff's claims against the Civil Sheriff Paul R. Valteau, Jr., be DISMISSED WITH PREJUDICE on the basis of *absolute immunity.*

**IT IS FURTHER ORDERED** that the Motions to Dismiss filed on behalf of H. Edward Ellzey [[Rec. Doc. No. 61]and David C. McMillin [Rec. Doc. Nos. 35/40] be GRANTED, dismissing all of the federal claims against defendants Ellzey and McMillin WITH PREJUDICE and further dismissing the plaintiff's state law claims against defendants, Ellzey

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

and McMillin, WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the plaintiff's claims against defendant Anthony Hyde, all of which are state law claims, be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 9th day of March, 2006.

KURT D. ENGELHARDT
**UNITED STATES DISTRICT JUDGE**